

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:         In re State Farm Mutual Automobile Insurance Company

Appellate case number:     01-22-00619-CV

Trial court case number:     20-DCV-278448

Trial court:                          458th District Court of Fort Bend County

Relator, State Farm Mutual Automobile Insurance Company, has filed a petition for a writ of mandamus arguing that the trial court abused its discretion by denying relator's "Motion to Quash, Objection, and Motion for Protective Order," in connection with three depositions noticed by real party in interest, Willem Ghijsen. Relator also filed a motion for temporary relief, requesting that, pending resolution of this mandamus proceeding, the Court enter an order "to stay the trial court's order compelling three State Farm depositions" that are the subject of the mandamus petition.

Relator's motion for temporary relief is **granted**. The depositions, requested by real party in interest, of Erica King, Bradley Bates, and of a corporate representative of relator, are **stayed** pending resolution of this petition for writ of mandamus or further order of this Court.

Additionally, on August 31, 2022, counsel for real party in interest filed a letter with the Clerk of this Court notifying the Court that real party in interest did not intend to file a response to relator's petition for writ of mandamus "unless requested to do so by the Court." The Court requests a response to the petition for writ of mandamus. In addition to addressing the issues raised in relator's petition for writ of mandamus, the Court specifically requests that real party in interest respond to relator's argument that "Topic D" of the proposed corporate representative deposition topics[1] is "disproportionate to the needs of this case." The response, if any, is due within **twenty days of the date of this order**.

---

[1]     "Topic D" requests relator to designate an individual with knowledge regarding "[t]he manner in which Autosource reports, similar to the report attached [to the First Amended Notice of Intention to Take Oral Deposition of a corporate representative of relator], were utilized by [relator] in handling the claim that is the subject of [the underlying] proceeding

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____

☑Acting individually    ☐  Acting for the Court

Date:  __September 8, 2022____

---

and in the handling of similar claims adjusted by [relator] from November 2019 through the present date."